(No. 806—Claimant awarded $4,066.44.)

VULCANITE ROOFING COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* While the tax erroneously paid may not be recovered, yet on grounds of social justice and equity, a refund may be awarded.

ADAMS, FOLLANSBEE, HAWLEY & SHOREY, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim filed by above claimant to recover portions of franchise taxes erroneously paid by above named claimant

to the Secretary of State of the State of Illinois in the years 1921 and 1922, total excess tax paid amounting to $4,066.44.

The demurrer filed by the Attorney General of the State of Illinois is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $4,066.44.

---

(Claim denied.)